474 A.2d 665

Pa Bank & Trust Co. v. Erich, Appellants.
Petition for Allowance of Appeal
Denied Aug. 31, 1984.

Argued November 21, 1983. Paul J. Malizia, for appellants; Alvin B. Coppolo, for appellees.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.

MONTEMURO, J., filed concurring memorandum.